UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JURADO,<br><br>        Plaintiff,<br><br>    v.<br><br>A RAMIREZ, et al.,<br><br>        Defendants. | Case No. 20-cv-08602-HSG<br><br>**ORDER VACATING DISMISSAL AND JUDGMENT** |

On January 21, 2021, the Court dismissed this action without prejudice for failure to either pay the filing fee or submit a correct *in forma pauperis* application, and entered judgment in favor of Defendants. Dkt. Nos. 6, 7. Plaintiff has filed an *in forma pauperis* application that was docketed the day after the dismissal and judgment were entered. Dkt. No. 8. Accordingly, the Court VACATES the January 21, 2021 Order of Dismissal and related judgment, and reopens this action.

**IT IS SO ORDERED.**

Dated: 2/8/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge