UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JURADO,<br><br>        Plaintiff,<br><br>    v.<br><br>A RAMIREZ, et al.,<br><br>        Defendants. | Case No. 20-cv-08602-HSG<br><br>**ORDER SUA SPONTE GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |

Plaintiff, an inmate at San Quentin State Prison, has filed a *pro se* action pursuant to 42 U.S.C. § 1983. On February 8, 2021, the Court dismissed the complaint with leave to amend. Dkt. No. 12. The Court ordered Plaintiff to file an amended complaint that addressed the identified deficiencies by March 8, 2021, or the action would be dismissed without further notice to Plaintiff. Dkt. No. 12.

On February 16, 2021, the Court learned that Plaintiff had not received earlier court orders, possibly because the incorrect CDCR inmate locator number had been listed on Plaintiff's mail. *See* Dkt. No. 13. On February 23, 2021, the Court sent courtesy copies of recent court orders to Plaintiff with the correct CDCR inmate locator number, including the February 8, 2021 order of dismissal with leave to amend.

In light of the possibility that Plaintiff may have only recently received the February 8, 2021 order of dismissal, the Court *sua sponte* GRANTS Plaintiff an extension of time to April 8, 2021 to file an amended complaint that addresses the deficiencies identified in the Court's February 8, 2021 order. The amended complaint must include the caption and civil case number used in this order, Case No. C 20-08602 HSG (PR) and the words "AMENDED COMPLAINT" on the first page. Failure to file an amended complaint in accordance with this order in the time

provided will result in dismissal of this action without further notice to Plaintiff.

**IT IS SO ORDERED.**

Dated: 3/3/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge

2