UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JURADO,<br><br>    Plaintiff,<br><br>v.<br><br>A RAMIREZ, et al.,<br><br>    Defendants. | Case No. 20-cv-08602-HSG<br><br>**ORDER SUA SPONTE GRANTING EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT** |

    Plaintiff, an inmate at San Quentin State Prison, has filed a *pro se* action pursuant to 42 U.S.C. § 1983. On March 31, 2021, the Court dismissed the amended complaint with leave to amend. Dkt. No. 16. The Court ordered Plaintiff to file a second amended complaint that addressed the identified deficiencies by April 28, 2021, or the action would be dismissed without further notice to Plaintiff. Dkt. No. 16.

    On May 10, 2021, the Court received a letter from Plaintiff inquiring as to the status of his case and stating that he had sent in his amended complaint. It appears that Plaintiff may not have received the Court's March 31, 2021 order dismissing the amended complaint with leave to amend.

    In light of the above, the Court *sua sponte* GRANTS Plaintiff an extension of time to **June 21, 2021** to file a second amended complaint that addresses the deficiencies identified in the Court's March 31, 2021 order. The second amended complaint must include the caption and civil case number used in this order, Case No. C 20-08602 HSG (PR) and the words "SECOND AMENDED COMPLAINT" on the first page. Failure to file a second amended complaint in accordance with this order in the time provided will result in dismissal of this action without further notice to Plaintiff. The Court will send courtesy copies of the March 31, 2021 order and

the docket sheet to Plaintiff under separate cover.

**IT IS SO ORDERED.**

Dated: May 14, 2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge