UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT JURADO,

    Plaintiff,

v.

A RAMIREZ, et al.,

    Defendants.

Case No. 20-cv-08602-HSG

**JUDGMENT**

For the reasons set forth in the Court's Order of Dismissal, this action is DISMISSED with prejudice. The Clerk shall enter judgment in favor of Defendants and against Plaintiff, terminate all pending motions as moot, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 8/24/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge